UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NEW YORK HOTEL & MOTEL TRADES COUNCIL, :
AFL-CIO, :
: 21-CV-5298 (JMF)
Petitioner, :
: ORDER
and :
:
:
45th ST HOTEL LLC d/b/a NIGHT HOTEL BY SB AT :
TIMES SQUARE, SOHO BOUTIQUE TIMES SQUARE :
LLC d/b/a NIGHT HOTEL BY SB AT TIMES :
SQUARE, :
:
Respondent. :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 16, 2021, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **June 30, 2021**. Respondent's opposition, if any, is due on **July 14, 2021**. Petitioner's reply, if any, is due **July 21, 2021**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **June 30, 2021**, and shall file an affidavit of such service with the court no later than **July 1, 2021**.

SO ORDERED.

Dated: June 16, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge