UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NEW YORK HOTEL & MOTEL TRADES COUNCIL,   :
AFL-CIO,                                 :
:
                Petitioner,    :       21-CV-5298 (JMF)
:
     and                              :       ORDER
:
45th ST HOTEL LLC d/b/a NIGHT HOTEL BY SB AT  :
TIMES SQUARE, et al.,                    :
:
                Respondents.   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the confusion arising from Petitioner's inaccurate caption in its initial Petition — namely, its listing of 45th Street Hotel LLC d/b/a Night Hotel By SQ at Times Square, Soho Boutique Times Square LLC d/b/a Night Hotel by SB at Times Square as the "Respondent," (singular), ECF No. 1, rather than the three Respondents (that is, (1) 45th Street Hotel LLC d/b/a Night Hotel By SQ at Times Square; (2) Soho Boutique Times Square LLC d/b/a Night Hotel by SB at Times Square; and (3) Soho Boutique Management LLC) listed in the Amended Petition, ECF No. 19, it is hereby ORDERED that:

- Notwithstanding any prior scheduling orders, Petitioner shall serve a copy of the Amended Petition, an accurate summons, any additional materials with which they intend to support their petition, and a copy of this Order on all three Respondents **by no later than August 9, 2021,** and shall file proof of such service on the docket **within three business days**;

- Respondents' oppositions, if any, shall be due by **August 23, 2021**;

- Petitioner's reply, if any, shall by due by **August 30, 2021**.

      SO ORDERED.

Dated: August 4, 2021
      New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge