UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,

                Petitioner,

v.

45th STREET HOTEL LLC d/b/a NIGHT HOTEL BY SB at TIMES SQUARE, SOHO BOUTIQUE TIMES SQUARE LLC d/b/a NIGHT HOTEL BY SB at TIMES SQUARE, and SOHO BOUTIQUE MANAGEMENT LLC, jointly and severally,

                Respondent..
------------------------------------X

Case No. . 21-CV-05298-JMF

**JUDGMENT CONFIRMING ARBITRATION AWARD**

Petitioner having moved to confirm an arbitration award, the matter having been brought before the Honorable Jesse M. Furman, United State District Court Judge, and the Court, on August 26, 2021, having fully considered the matter, issued its Opinion and Order granting petitioner's motion to confirm;

**IT IS** on this __1st__ day of __September__, 2021,

**ORDERED** that the arbitration award issued by Impartial Chairperson Ira Drogin (the "Arbitrator") of the Office of the Impartial Chairperson of the City of New York ("OIC") on February 1, 2021, No. 2021-11 (the "Award") shall be and is hereby CONFIRMED; and it is further.

**ORDERED** that the Respondent pay Petitioner a total of $355,310.91, consisting of wages of $247,172.81, benefits funds contributions of $61,793.20, and a 15% contractual penalty of $46,344.90 [struck through, replaced with: of $18,573.51]; pay pre-judgment interest ~~since the date of the Award, February 1, 2021 at the rate of $5.84 per day~~; and pay post-judgment interest ~~in the amount of $5.84 per day~~ at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

{00689009-1}

Dated: New York, New York
       September 1, 2021

_____
JESSE M. FURMAN
United States District Judge

The Clerk of Court is directed to close this case. All conferences are canceled. All motions are moot.